UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KAYLEB DAONTA WILLIAMS                                  CIVIL ACTION

VERSUS

WAFB, ET AL.                                            NO. 22-00028-BAJ-RLB

## RULING AND ORDER

Plaintiff initiated this *pro se* action on January 11, 2022, alleging claims of defamation related to media reports identifying him in connection with an investigation into an attempted first degree murder. (Doc. 1). On January 13, 2022, the Court granted Plaintiff's motion to proceed *in forma pauperis*. (Docs. 2, 3).

Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e) and 1915A, the Magistrate Judge has issued a **Report and Recommendation (Doc. 7)**, recommending that Plaintiff's complaint be dismissed with prejudice because it is both legally frivolous and fails to state a claim. Plaintiff does not object to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiff's Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint (Doc. 1) be and is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i)-(ii), because it is both legally frivolous and fails to state a claim.

Judgment will issue separately.

Baton Rouge, Louisiana, this 13th day of April, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA